**LTL ATTORNEYS LLP**

David W. Ammons (SBN 187168)
 david.ammons@ltlattorneys.com
Julia Levitskaia (SBN 286042)
 julia.levitskaia@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant Wal-Mart Associates, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GUTIERREZ, an individual, | CASE NO.: 1:20-cv-00468-NONE-JLT |
| Plaintiff, | **[PROPOSED] ORDER VACATING THE SETTLEMENT CONFERENCE (Doc. 15)** |
| vs. | |
| WAL-MART ASSOCIATES, INC.; and DOES 1 through 100 inclusive, | |
| Defendant. | |

The parties have agreed to engage in private mediation on April 5, 2021, with each side to bear their own fees and costs associated with it (Doc. 15). Thus, the Court GRANTS the request (Id) to vacate the settlement conference. The parties SHALL file a joint report informing the Court of the outcome of the mediation within seven calendar days of its completion.

IT IS SO ORDERED.

 Dated:   **March 2, 2021**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE