UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GUTIERREZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART ASSOCIATES, INC.; and DOES 1 through 100 inclusive,<br><br>　　　　　　Defendant. | CASE NO.: 1:20-cv-00468-NONE-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT (Doc. 17)** |

　　　The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 17) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than June 18, 2021**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**April 13, 2021**　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE